UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JEFFREY LeBLANC,

        Plaintiff,                        Case No. 1:15-cv-577

v.                                       Honorable Paul L. Maloney

RICHARD A. HANDLON
CORRECTIONAL FACILITY,

        Defendant.

_____/

## **JUDGMENT**

In accordance with the Order issued this date,

    **IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated: August 7, 2015                      /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge